IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| INTERNATIONAL ALOE SCIENCE COUNCIL, INC., | § § § | |
| Plaintiff and Counterclaim Defendant, | § | CIVIL ACTION NO. 11-cv-02255-DKC |
| v. | § § § | |
| FRUIT OF THE EARTH, INC., | § § | |
| Defendant and Counterclaimant | § | JURY TRIAL |

## JOINT REPORT AND
## RESPONSE TO INITIAL SCHEDULING ORDER

Pursuant to Local Rule 103.9 and the initial Scheduling Order entered by this Court on October 11, 2011, Plaintiff International Aloe Science Council, Inc. ("IASC") and Defendant Fruit of the Earth, Inc. ("FOTE") file this Joint Report and Response to Initial Scheduling Order. The parties report the following:

Early Settlement/ADR: Both parties favor early settlement/alternative dispute resolution, and are discussing how best to proceed with this process. Specifically, the parties are discussing engaging a private mediator to facilitate settlement discussions.

Deposition Hours: Both parties believe 40 hours for each side is an appropriate number of hours for depositions of fact witnesses (including parties).

Presiding Judge: Neither party consents to proceed before a United States Magistrate Judge.

Electronic Discovery: The parties agree that this case should not require electronic discovery but agree to preserve data in electronic form, including metadata, so that it may be made available to the other party upon request.

Modification of Initial Scheduling Order: The parties ask that the schedule provided in the initial Scheduling Order be adjusted by one month to accommodate both settlement discussions and holiday scheduling conflicts. The parties propose the following amended schedule:

| Date | Event |
|---|---|
| December 16, 2011: | Moving for joinder of additional parties and amendment of pleadings |
| January 13, 2012: | Plaintiff's Rule 26(a)(2) disclosures |
| February 10, 2012: | Defendant's Rule 26(a)(2) disclosures |
| February 24, 2012: | Plaintiff's rebuttal Rule 26(a)(2) disclosures |
| March 2, 2012: | Rule 26(e)(2) supplementation of disclosures and responses |
| March 28, 2012: | Discovery deadline; submission of status report |
| April 4, 2012: | Requests for admission |
| April 30, 2012: | Dispositive pretrial motions deadline |

Dated: October 25, 2011

Respectfully submitted,

*/s/ Charles Knull*

Jennifer A Davidson, Bar No. 23012
jdavidson@kkblaw.com
Kleinfeld Kaplan and Becker LLP
1140 19th St NW
Washington, DC 20036
Phone: 202-223-5120
Fax: 202-223-5619

Charles H Knull (Pro Hac Vice)
chk@usulaw.com
Ullman Shapiro and Ullman LLP
299 Broadway Ste 1700
New York, NY 10007

*/s/ Alden Atkins*

Alden L. Atkins, Bar No. 18219
aatkins@velaw.com
Crystal N. Y'Barbo, Bar No. 18256
cybarbo@velaw.com
VINSON & ELKINS, L.L.P.
2200 Pennsylvania Avenue NW
Suite 500 West
Washington, DC 20037-1701
Phone: 202-639-6613
Facsimile: 202-879-8813

Peter E. Mims (Pro Hac Vice)
pmims@velaw.com

2

Phone: 212-571-0068  
Fax: 212-571-9424

VINSON & ELKINS, L.L.P.  
2500 First City Tower  
1001 Fannin  
Houston, Texas 77002-6760  
Phone: 713-758-2732  
Facsimile: 713-615-5703

**ATTORNEYS FOR PLAINTIFF**  
**INTERNATIONAL ALOE SCIENCE**  
**COUNCIL, INC.**

**ATTORNEYS FOR DEFENDANT**  
**FRUIT OF THE EARTH, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of October, 2011, I caused a true and correct copy of the foregoing JOINT REPORT AND RESPONSE TO INITIAL SCHEDULING ORDER to be electronically served upon the following, via the Court's CM/ECF system per Local Rule 102(1)(c):

> Jennifer A Davidson
> Kleinfeld Kaplan and Becker LLP
> 1140 19th St NW
> Washington, DC 20036
> Email: jdavidson@kkblaw.com
>
> Charles H Knull
> Ullman Shapiro and Ullman LLP
> 299 Broadway Ste 1700
> New York, NY 10007
> Email: chk@usulaw.com
>
> **ATTORNEYS FOR PLAINTIFF**
> **INTERNATIONAL ALOE SCIENCE COUNCIL, INC.**
>
> _____*C.N. Y'Barbo*_____
> Crystal N. Y'Barbo

US 1109611v.1