IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| INTERNATIONAL ALOE SCIENCE COUNCIL, INC., | § § § | |
| Plaintiff and Counterclaim Defendant, | § § | CIVIL ACTION NO. 11-cv-02255-DKC |
| v. | § § | |
| FRUIT OF THE EARTH, INC., | § § | |
| Defendant and Counterclaimant | § | JURY TRIAL |

**JOINT MOTION FOR ENTRY OF A STIPULATED PROTECTIVE ORDER**

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, Plaintiff International Aloe Science Council, Inc. and Defendant Fruit of the Earth, Inc., by and through their undersigned counsel, move this Court to enter a Stipulated Protective Order governing the Parties' retention, disclosure, and use of confidential and proprietary business information, in the form attached to this motion.

Respectfully submitted,

| | |
|---|---|
| KANE KESSLER, P.C. | VINSON & ELKINS L.L.P. |
| By: /s/ Jeffrey H. Daichman<br>Jeffrey H. Daichman (Pro Hac Vice)<br>jdaichman@kanekessler.com<br>KANE KESSLER, P.C.<br>1350 Avenue of the Americas<br>New York, New York 10019<br>212-519-5142<br>212-245-3009 (fax)<br><br>ATTORNEYS FOR PLAINTIFF<br>INTERNATIONAL ALOE SCIENCE<br>COUNCIL, INC.<br><br>November 30, 2011 | By: /s/ Alden L. Atkins<br>Alden L. Atkins (Bar No. 18219)<br>aatkins@velaw.com<br>Crystal Y'Barbo (Bar No. 18256)<br>cybarbo@velaw.com<br>VINSON & ELKINS L.L.P.<br>2200 Pennsylvania Avenue, NW<br>Suite 500 West<br>Washington, DC  20037<br>202-639-6613<br>202-879-8813 (fax)<br><br>Peter E. Mims (Pro Hac Vice)<br>pmims@velaw.com<br>VINSON & ELKINS, L.L.P.<br>2500 First City Tower<br>1001 Fannin<br>Houston, Texas 77002-6760<br>713-758-2732<br>713-615-5703 (fax)<br><br>ATTORNEYS FOR DEFENDANT<br>FRUIT OF THE EARTH, INC. |

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of November, 2011, I caused a true and correct copy of the foregoing JOINT MOTION FOR ENTRY OF A STIPULATED PROTECTIVE ORDER, together with the proposed Order to be electronically served upon the following, via the Court's CM/ECF system per Local Rule 102(1)(c):

> Adam Moss Cohen: acohen@kanekessler.com
> Jeffrey Daichman:  jdaichman@kanekessler.com
> Jennifer Davidson:  jdavidson@kkblaw.com
> Linda Dougherty:  ld@usulaw.com
> Marc Ullman: marc@usulaw.com
>
> **ATTORNEYS FOR PLAINTIFF**
> **INTERNATIONAL ALOE SCIENCE COUNCIL, INC.**

*/s/ Alden L. Adkins*_____
Alden L. Adkins