IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| INTERNATIONAL ALOE SCIENCE COUNCIL, INC., <br><br>　　Plaintiff and Counterclaim Defendant, <br><br>v. <br><br>FRUIT OF THE EARTH, INC., <br><br>　　Defendant and Counterclaimant. | CIVIL ACTION NO. 11-CV-02255-DKC <br><br><br><br>JURY TRIAL |

## JOINT STATUS REPORT

Pursuant the Scheduling Order entered by this Court on April 17, 2012, Plaintiff International Aloe Science Council, Inc. ("IASC") and Defendant Fruit of the Earth, Inc. ("FOTE") file this Joint Status Report and report the following:

　　a.　Discovery has been completed.

　　b.　There are no motions currently pending.

　　c.　IASC intends to file a motion for summary judgment with respect to liability, and FOTE intends to file a dispositive motion.

　　d.　The case is to be tried by a jury, and the anticipated length is one week.

　　e.　The parties certify that they have met to conduct settlement negotiations. The date, time and place of the meetings and discussions and the names of the persons participating therein are as follows:

#355410.1

(i) On December 20, 2011, an in-person settlement meeting occurred in Washington D.C. attended by the following:

**Plaintiff:** Devon Powell, IASC Executive Director
Marc Ullman, Esq., IASC outside General Counsel
Jeffrey H. Daichman, Esq., IASC trial counsel
Adam M. Cohen, Esq., IASC trial counsel.

**Defendant:** Tom McCurry, Jr., FOTE President
John Dondrea, Esq. FOTE General Counsel
Peter E. Mims, Esq., FOTE trial counsel
Alden Atkins, Esq., FOTE trial counsel
Crystal Y'Barbo, Esq., FOTE trial counsel

(ii) On February 1, 2012, an in-person settlement meeting occurred in Grapevine Texas, attended by the following:

**Plaintiff:** Jeffrey H. Daichman, Esq., IASC trial counsel

**Defendant:** John Dondrea, Esq. FOTE General Counsel
Peter E. Mims, Esq., FOTE trial counsel

(iii) On February 27, 2012, a telephone settlement discussion was held, attended by the following:

**Plaintiff:** Devon Powell, IASC Executive Director
Marc Ullman, Esq., IASC outside General Counsel
Jeffrey H. Daichman, Esq., IASC trial counsel
Adam M. Cohen, Esq., IASC trial counsel.

**Defendant:** Tom McCurry, Jr., FOTE President
John Dondrea, Esq. FOTE General Counsel
Peter E. Mims, Esq., FOTE trial counsel

(iv) On June 13, 2012, an in-person settlement meeting took place in Dallas, Texas, attended by the following:

**Plaintiff:** Jeffrey H. Daichman, Esq., IASC trial counsel

**Defendant:**   John Dondrea, Esq. FOTE General Counsel
Peter E. Mims, Esq., FOTE trial counsel

(v)   On June 18, 2012, Jeffrey Daichman sent an email concerning settlement to John Dondrea and Peter Mims.

f.   The parties believe it would be helpful to refer this case to another judge of this court for a settlement or other ADR conference before the resolution of any dispositive motion.

g.   The parties do not consent to proceeding before a U.S. Magistrate Judge pursuant to 28 U.S.C. Section 636(c).

h.   With respect to other matters, both parties intend to file a motion, pursuant to Federal Rule of Evidence 702 and *Daubert v. Merrill Dow Pharms., Inc.*, 509 U.S. 579 (1993), to preclude the proposed testimony and opinions of each other's damages expert.

Dated: June 29, 2012

Respectfully submitted

/Jeffrey H. Daichman (*pro hac vice*)
Dana M. Susman (*pro hac vice*)
KANE KESSLER, P.C.
1350 Avenue of the Americas
New York, New York 10019
Tel.: (212) 541-6222
Fax: (212) 245-3009
Email: jdaichman@kanekessler.com
          dsusman@kanekessler.com

*Attorneys for Plaintiff*
*International Aloe Science Council, Inc.*

3

#355410.1

_____
Alden L. Atkins
Crystal N. Y'Barbo
Deirdre M. Dorval *(pro hac vice)*
VINSON & ELKINS, LLP
2200 Pennsylvania Avenue NW
Suite 500 West
Washington, DC 20037-1701
Email: aatkins@velaw.com;
      cybarbo@velaw.com;
      ddorval@velaw.com

Peter E. Mims *(pro hac vice)*
VINSON & ELKINS, LLP
First City Tower
1001 Fannin, Suite 2500
Houston, Texas 77002-6760
Email: pmims@velaw.com

*Attorneys for Defendant*
*Fruit of the Earth, Inc.*